No. 46969.—Protest 999855–G of Eric Wedemeyer (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise in question is of the same character as that passed upon in *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556). In accordance therewith the bicycle lamps with electric generators were held dutiable at 30 percent under paragraph 371 as parts of bicycles, as claimed.

No. 46970.—Protests 817053–G, etc., of American Machine & Foundry Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 20, 1942

No. 46971 Protest 5510–K of Ritter Carlton Co. C. D. 584. Government's application for rehearing denied.

No. 46972. Protests 994815–G, etc., of S. T. Linhart. C. D. 578. Plaintiff's application for rehearing granted.

No. 46973. Protest 947314–G of Eberhard Faber Pencil Co. Plaintiff's application for rehearing denied.

No. 46974. Protests 980622–G, etc., of Glensder Textile Co. Government's application for rehearing granted.

No. 46975. Protest 985405–G of M. M. DuPouey. C. D. 573. Government's application for rehearing granted.

FEBRUARY 19, 1942

No. 46976.—Suit 4367 (Amended judgment). *United States* v. *Nichols Copper Co.* C. D. 453. C. A. D. 190.

No. 46977.—Suit 4350. *United States* v. *N. Minami & Co., Inc.* C. A. D. 188.

FEBRUARY 20, 1942

No. 46978.—Suit 4347. *White Lamb Finlay, Inc.* v. *United States.* Reap. Dec. 5113. C. A. D. 192.

FEBRUARY 21, 1942

No. 46979.—Suit 4366. *United States* v. *Ricard-Brewster Oil Co.* C. D. 488. C. A. D. 191.

BEFORE THE FIRST DIVISION, FEBRUARY 25, 1942

No. 46980.—Protest 834259–G of S. & G. Gump Co., Inc. (San Francisco).